*Edward J. Connolly* for appellant.

*Charles L. Craig* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

In the Matter of the Application of WILLIAM J. IVES, Respondent, for the Appointment of Commissioners to Appraise Damages from a Change of Grade.

THE TOWN OF RIDGEWAY, Appellant.

*Matter of Ives*, 155 App. Div. 670, affirmed.
(Submitted October 22, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 4, 1913, which dismissed an appeal from an order of Special Term confirming the report of commissioners in change of grade damage proceedings.

*Irving L'Hommedieu* for appellant.

*Le Roy J. Skinner* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD S. AVERY et al., as Administrators with the Will Annexed of the Estate of MARY E. BRINCKERHOFF, Deceased, Appellants, *v.* LAWSON PURDY et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Avery* v. *Purdy*, 155 App. Div. 607, affirmed.
(Argued October 22, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered